**CENTRAL STATE COLLIERIES, Inc., v. NATIONAL BITUMINOUS COAL COMMISSION.**

No. 6562.

Circuit Court of Appeals, Seventh Circuit.

Feb. 16, 1939.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Upon all the papers and proceedings heretofore had in this action, now, upon motion of the respondent, dated the 6th day of February, 1939.

It is hereby ordered that the order of this court dated the 17th day of February, 1938, granting an injunction pendente lite be set aside, and the injunction vacated, and the petition be, and the same hereby is dismissed, without costs to either party, on the ground that this cause has become moot.

■

**E. B. CHARLSON, Appellant, v. LAMSON BROS. & CO., a Partnership, etc., et al.**

No. 11418.

Circuit Court of Appeals, Eighth Circuit.

Jan. 24, 1939.

Paul G. Thonn and Leonard A. Gilles, both of Fargo, N. D., L. R. Boomhower and Nathan Levinson, both of Mason City, Iowa, and C. G. Dosland, of Moorhead, Minn., for appellant.

James W. Kindig, Frederick F. Faville, Amos M. Mathews, and Eugene P. Sullivan, all of Sioux City, Iowa, for appellees.

PER CURIAM.

Motion to docket and dismiss appeal sustained and appeal docketed and dismissed at costs of appellant.

■

**In the Matter of The CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY, Debtor.**

**Frank O. LOWDEN, James E. Gorman and Joseph B. Fleming, as Trustees of the Estate of The Chicago, Rock Island and Pacific Railway Company, Appellants, v. The STATE OF MISSOURI, Appellee.**

No. 6757.

Circuit Court of Appeals, Seventh Circuit.

Dec. 10, 1938.

Otis F. Glenn and W. F. Peter, both of Chicago, Ill., for appellants.

Roy McKittrick and Edward H. Miller, both of Jefferson City, Mo., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is stipulated that the above entitled case on appeal shall be forthwith dismissed, appellants paying all costs."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs, pursuant to the foregoing stipulation.